No. 10460. STATE OF MONTANA ex rel. STATE BOARD OF EDUCATION, H. L. STEELE, L. J. AIKEN and LYLE COOPER, RELATORS, v. The DISTRICT COURT OF the THIRTEENTH JUDICIAL DISTRICT of the State of Montana, IN AND FOR the COUNTY OF YELLOWSTONE, and GEORGE J. ALLEN, one of the Judges thereof, RESPONDENTS.

374 P.2d 114.

Decided June 11, 1962.

PER CURIAM.

Petition for alternative writ of prohibition by relators. Application is denied, without prejudice.